BOLES, APPELLANT, *v.* LENZO ET AL., APPELLEES.

[Cite as Boles *v.* Lenzo (1986), 28 Ohio St. 3d 308.]

(No. 85-1461—Decided December 22, 1986.)

*Wolske & Blue* and *Walter J. Wolske, Jr.,* for appellant.

*Bricker & Eckler, James S. Monahan* and *Richard S. Lovering,* for appellee Victor George Lenzo, M.D.

The judgment of the court of appeals in case No. 9-84-29, pursuant to appellant's Proposition of Law No. 3, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.

SHEIPLINE ET AL., APPELLANTS, *v.* LIKE, APPELLEE.

[Cite as Sheipline *v.* Like (1986), 28 Ohio St. 3d 308.]

(No. 86-4—Decided December 22, 1986.)

*Williams, Jilek & Lafferty Co., L.P.A., Martin W. Williams* and *Drew R. Masse,* for appellants.

*Gooding, Evans & Huffman, Lawrence S. Huffman* and *Matthew C. Huffman,* for appellee.

The judgment of the court of appeals in case No. 1-84-38, pursuant to appellants' Proposition of Law No. 1 with respect to the issue of due process, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.